NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATA NETWORK STORAGE CORPORATION,**
*Plaintiff-Appellant,*

v.

**DELL INC.,**
*Defendant-Appellee,*

**and**

**NETWORK APPLIANCE, INC., ⸝**
*Defendant-Appellee.*

---

2011-1141

---

Appeal from the United States District Court for the Northern District of Texas in case no. 08-CV-0294, Judge David C. Godbey.

---

**ON MOTION**

---

**O R D E R**

The parties move for an extension of time, until May 16, 2011, for the appellant to file its principal brief, until July 18, 2011, for the appellees to file their responsive

briefs, and until August 5, 2011 for the appellant to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 2 0 2011__          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk

cc:  Anthony J. Dain, Esq.
     Robert J. Fulghum, Esq.
     Edward R. Reines, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2011

JAN HORBALY
CLERK